UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

THE TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND AND
THE TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Petitioners,

and

138 TOP INC.,
Respondent.

NOTICE OF PETITION
07 Civ. 6927 (LTS)

Sir(s):

PLEASE TAKE NOTICE, that upon the annexed Petition of Mark Schwartz, Esq., duly verified the 1st day of August 2007, and the accompanying Memorandum of Law, the undersigned will petition this court, before the Honorable Laura Taylor Swain, 500 Pearl Street, New York, New York 10007, Courtroom 17C, on the ___ day of _____ 2007, at __:__ A.M., in the morning of that day, or as soon thereafter as counsel may be heard, for an order confirming the Arbitration Award of Dr. Philip Ross dated June 29, 2007, and granting the Petitioners judgment, in the amount of $90,133.50, together with interest on the principal amount from the date of the Arbitration Award to the date of the judgment, plus costs and such other and further relief as in the premises may be just.

Dated: August 3, 2007
       New York, New York

Yours, etc.

_____
Mark Schwartz, Esq. – MS 0148
Attorney for Petitioners
730 Broadway, 10th Floor
New York, New York 10003-9511
(212) 539-5275

To:   138 Top Inc.,
      138 Mulberry Street, 6th Floor
      New York, New York 10013