UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of<br>ARBITRATION OF DISPUTES<br><br>between<br><br>THE TRUSTEES OF THE<br>UNITE HERE NATIONAL HEALTH FUND AND<br>THE TRUSTEES OF THE<br>UNITE HERE NATIONAL RETIREMENT FUND,<br>Petitioners,<br><br>and<br><br>138 TOP INC.,<br>Respondent. | **AFFIDAVIT OF SERVICE**<br>**07 Civ. 6927 (LTS)** |

STATE OF NEW YORK    )
                     ) ss.
County of New York   )

Annie Habeeb, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the County of Suffolk, New York 11788.

2. On September 6, 2007 I served the Respondent herein with a copy of the Order by delivering a true copy of said Motion papers in an envelope addressed to the Respondent at 138 Mulberry Street, 6th Floor, New York, New York 10013 into the custody of the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 3714 and regular mail.

_____
Annie Habeeb

Sworn to, before me, this
6th day of September 2007

_____
ARMAND SPILOTROS
Notary Public, State of New York
No. 01SP4839358
Qualified in Queens County
Commission expires July 31, 2009